STATE of Missouri, Respondent,

v.

Alfonso D. GILL, Appellant.

No. WD 61999.

Missouri Court of Appeals,
Western District.

April 20, 2004.

Jeremiah W. (Jay) Nixon, Atty. Gen., Patrick T. Morgan, Assistant Attorney General, Jefferson City, MO, for Respondent.

Ross C. Nigro, Jr., Kansas City, MO, for Appellant.

Before HOWARD, P.J., and LOWENSTEIN and SMART, JJ.

## ORDER

PER CURIAM.

Alfonso D. Gill appeals from his conviction on one count of driving while intoxicated, in violation of § 577.010, RSMo 2000, and one count of careless and imprudent driving, in violation of § 304.012,

RSMo 2000. Gill argues the State did not introduce evidence sufficient to prove he drove the vehicle in question while under the influence of Phencyclidine (PCP). We find that a reasonable juror could conclude from the evidence that Gill drove the vehicle while in an intoxicated condition.

Affirmed. Rule 30.25(b).